# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

### 22-3090

---

**UNITED STATES OF AMERICA,**

                       **Plaintiff-Appellee,**

          **v.**

**BRANDON FELLOWS,**

                       **Defendant-Appellant.**

---

## APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

### APPELLANT'S OPENING BRIEF

---

**District Court**
**Cr No. 21--00083 (TNM)**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAR 20 2023

RECEIVED

Hello, I'm reluctantly sending you an appeal that was written last second and without any of the documents or supportive evidence that I initially was hoping to send to you. On 11/2/22, my bond was denied and my judge said it was because he viewed me to be a "non-violent" danger to the community and wouldn't listen to his rules (claimed I ignored curfew and that I canceled my mental health evaluation). He was incorrect about all of these things, but the reasons I should get bond were not even heard, yet again... An actual argument wasn't allowed or provided, it was expected to be able to be provided in verbal arguments...

After this bond was denied, I immediately asked to represent myself(again), I immediately instructed my stand-by counsels on what I wanted sent to me and began working on a hand written version of an appeal. Unfortunately, on 12/17/22 I was moved from Northern Neck Regional Jail to my current jail, the 10th move since I've been arrested. Yet again I was not allowed to bring any of my preparations with me. Part of the preparations that were not allowed to be taken with me was my mostly finished appeal I had been working on for this court. That's why I quickly had to type up this new appeal you're reading now (last minute), I was hoping to give/ present you with a much more organized/ prepared argument. However, according to my judges actions and refusal to grant me relief, not receiving legal mail is to be expected when representing myself.

This wasn't the first time that this has happened, I've had my preparations taken from me a total of seven times by jails, and  now including this most recent appeal being taken, I've had three separate appeals to your court taken from me (included in the 7 stolen preparations).

When I arrived at my current jail, I scrambled to not only get the papers that I had asked my stand-by counsels to retrieve for me in November 2022, but also the stolen appeal I was nearly done with for your court. So, since 11/3/2022 I've been seeking for simple things to be sent to me in the mail by my stand-by counsels.  To this date (3/10/2023) as I write this cover letter for my nearly finished (last minute/new) appeal for bond I still have received nether of these things. My lawyer says its the jails fault and the jail says he never sent it... I asked my lawyer what will be done about this, and he says, "probably nothing" because "there's nothing to do"...

To me, this isn't acceptable, I have a right to represent myself and it clearly hasn't and isn't being respected. If this court is interested (and it should be) with how the other two appeals were stopped from reaching you/stolen, please read "Part B from motion for E hearing" and then continue on here. I've instructed my stand-by counsel to cut/ paste this history from a previous motion and send it to you seperately. After you've read that seperate document, please continue on below.

I've pointed these things (that you just read on in the seperate document) out to my judge, but no relief was offered.

Think about that, three appeals in a row stolen and not given back, no action taken, just my judge saying "well I did warn you against representing yourself." That's like my judge saying "Be careful, repelling down a mountain can be dangerous." To which I respond "I know the risks, and

I'm willing to take them" as I then proceed to descend down the mountain. Then, my judge watches and does nothing as he observes multiple criminals (the jails) proceed to cut my rope as I then fall to my death. He then smiles as he does in court as he says "Well I did warn him that repelling down a mountain can be dangerous." "I did warn you against representing yourself."

Again, warning me against representing myself is not grounds for misconduct. It's not grounds to take my preparations seven times, stop me from filing appeals three times, or to stop discovery obligations from being respected. Allowing these things to happen without relief as my judge has done is working directly against my constitutional right to represent myself. Am I allowed to take the prosecutors preparations seven times? What would happen if I walked up to them in court and took their preparations? Would my judge allow this, or would his hypocrisy and bias be further shown? I should be allowed to represent myself without misconduct, access to court violations, or due process violations. This is one of my major arguments for why I need release. My judge won't give me any relief in jail, nor will he truly allow an argument for being released.

Before beginning, I would also like to mention I separated each point by "Parts", "Sections", and finally by numbers. I did this in an effort to both help the court reference anything they'd like to reference, and in case this court would like me to provide proof/ where to find proof for any numbers it would like more information on. I supply the easily available information I have, but again, I've received none of the things I requested from my stand-by counsel. If you would like to look into anything, please help ensure that I get your mail (in the past you've sent mail that never reached me due to Wardens and jails not delivering it to me) and also please feel more than free to bring me in person to question me/ have an evidentiary hearing. I really want to prove in any way I can that I deserve bond so I can finally and truly begin preparing for my case without interruptions or destruction of my preparations.

You also will be receiving three separate supporting documents. These documents are from previously filed motions and had to be used since I didn't ever get my old (original) appeal (for this court) back. I didn't have enough time to do new research here because I kept pushing for my original appeal I wrote at the previous jail to be sent to me here at my new jail. Still, these new documents are supportive and make great case law arguments/ additional arguments since they were originally arguing for temporary release. I do apologize for this, but I personally did all I could do to get my seventh stolen preparations/ third stolen appeal back... I hope you understand/ soon understand my situation and don't hold it against me.

The three seperate documents mentioned will be sent by my stand-by counsel and will be labeled:

1) "Part D from motion for E hearing"

2) "Part E from motion for E hearing"

3) "Part B from motion for E hearing"

Your potential help and time is very much appreciated, I've had my freedoms stripped for over two years now, please help...

Thank you,

Brandon Fellows

***Index***

***Part A: Accomplishments/ Facts Prior To 1/6/21:***

Section 1 (Year 2012) - Section 9(Year 2020):

Section 10: Conclusion:

***Part B: Actions On January 6th 2021/ Facts:***

***Part C: Pre-arrest (1/7/21-1/15/21) Actions/ Facts:***

***Part D: Arrest/ Detention Hearing (1/16/21-1/19/21) Actions/ Facts:***

Section 1: Overview:

Section 2: The Facts Of My Arrest:

Section 3: Conclusion:

***Part E: Pre-Trial Release Actions/ Facts:***

Section 1: Intro:

Section 2: Facts/ Actions:

Section 3: Conclusion:

***Part F: Accomplishments/Actions Since Revocation:***

Section 1: Intro:

Section 2: Actions/ Accomplishments:

Section 3: Conclusion:

***Part G: The Worst Of My Jail Conditions/ Treatment:***

Section 1: Intro

Section 2: Facts/Abuses I've Suffered While In Jail:

Section 3: Conclusion:

***Part H: "Preparation Issues:***

Section 1: Intro:

Section 2: Facts/ How I've Been Inhibited In Preparing For Trial/ Pre-Trail Motions:

***Part I: Other Issues:***

***Part J: Conclusion/ Relief Requested:***

Statement Of Facts That Support Bond or Temporary Release:

***Part A: Accomplishments/ Facts Prior To 1/6/21:***

***Section 1: Year 2012***

1)Was accepted as an Intern at the Niskayuna Police Department

2) Was Captain of the Niskayuna High School Wrestling team.

3) I became the youngest hired supervisor at Price Chopper Supermarkets. This is a multi billion dollar revenue a year company that's been around since 1932, operates in six states, and regularly employs around 5,000 people. I accomplished this at the age of 17. (17)

4) I became the Youngest Accepted Intern At Golub Corporation at the age of 17 where I worked in a separate office of my own with the VP of Diversity and Inclusion. Biggestest accomplishment: I co-created an affinity group (a group that looked into discrimination or bad hiring practices directed against certain groups) for Hispanics and Latinos.

5) Out of 2,400 students at Niskayuna High school (rated best public High School in NY) I was the only one given the yearly "Mark Pollotollo Award" (given to a person who demonstrates outstanding character).

6) Out of 2,400 students at Niskayuna High school, I was one of only a few given an award for "Excellence in Health Education" (for my volunteering to help motivate and instruct others on how to work out/ be healthy).

7) I became the Youngest Hired Service Action Manager (in charge of multiple departments and other supervisors in those departments) at Price Chopper Super Markets (Age 18)

***Section 2: Year 2013:***

1) Studied Business at Hudson Valley Community College: Made presidents list

2) I was promoted to be a service Action Manager at Volume 1-3 stores in the Saratoga NY Region. (18-19).

3) I was (at the time) the youngest hired Community Manager (In charge of 3rd and 4th floor college students, event scheduling, marketing, and promotions) by United Group Of Companies. This company operates in eight states, regularly employs around 500 people, has been around since 1978, and brings in around 25 million dollars a year. (age 19)

4) Became SCCC Student Senator (paid position) (Voted #1 Student Senator): Major Accomplishments include creating/ funding wrestling Club, keeping student tuition the same, helping ban ciggertes on Campus, and increasing recycling efforts on campus.

5) I created and lead the first fitness classes for United Group of Companies(19)

6) Youngest hired Pharmacy Technician at Price Chopper Supermarkets (19)

***Section 3: Year 2014:***

1) Studied Nutrition at Schenectady Country Community College

2) Became Representative for SUNY (State University's of New York) representing SCCC. Major Accomplishments: Introducing an all campus ban on cigarettes' (implemented), awarded "Recognition of Advanced Leadership" (given by SUNY Chancellor Nancy Zimphner).

3) President of SCCC wrestling Club

4) Assistant Wrestling Coach at SUNY Albany

5) Campus Ambassador at SUNY Albany

6) Created first Fitness program at Camp Pinnacle

7) #1 most requested Camp Counselor at Camp Pinnacle (Worked/ lived/ trusted with 7-17 year old kids)

8) Lead wrestling Instructor at Camp Pinnacle

***Section 4: Year 2015:***

1)Studied Physical Fitness at HVCC: Made deans list

2) Obtained High Ropes Certification, became High Ropes Instructor for Camp Pinnacle

3) Representative/ Recruiter for Camp Pinnacle

4) Fitness Instructor at Vent Fitness

5) Promoted to "level 2" (out of 3) at Vent Fitness

6) Helped create and co lead Vent Fitness's first afterschool fitness/ sports program for kids

***Section 5: Year 2016:***

1) Was the most requested kids soccer coach at Affirms Sports (Colonie NY)

2) Co lead Montessori Elementary Schools (East Greenbush NY) Soccer program (sub contracted by Afrims Sports)

3) Hired to Audit various Capitol Region NY stores at RGIS

***Section 6: Year 2017:***

1) Promoted to traveling company Representative for Affirms Sports

2) Promoted Lead Supervisor for Affirms Sports Soccer Program and facility (Saratoga Springs NY)

2) Promoted to Audit the Wal Marts in the Northeast of the United States by RGIS

3) Promoted by RGIS to "Expert Auditor"

4) Promoted By RGIS: Put in charge of North East Wal Mart Jewelry department Audits (due to trust with high end products and efficiency)

***Section 7: Year 2018:***

1) Became Chimney Heroes Youngest Lead Construction Technician/ Salesman (23)

2) Became Co-Owner of Heaths Landscaping and Tree Services

***Section 8: Year 2019:***

1) Became owner of Captain Chimney

***Section 9: Year 2020:***

1) Sold Heaths Landscaping and Tree services to Earth Works Sustainable (still retain rights)

2) Granted membership into the National Chimney Sweep Guild

3) Hired as Lead Operations Manager for Neat Sweep Inc.

4) Obtained contracts with Ace Home Inspections owner (Rated # 1 home inspection company in Capitol Region) under Captain Chimney

5) Obtained Contracts with Daigle Cleaning Systems Owner under Captain Chimney

### ***Section 10: Conclusion:***

I accomplished all of these things despite that I suffer from Autism, Oppositional Defiance Disorder, and severe ADHD. I accomplished all these things despite that I rode the small bus in Elementary School, was in special ed in middle school, and despite my 2.18 GPA in high school. I accomplished all of this despite how I was abused from the age of 1 all the way until age 13. I thrive on being what others say I can't be. I don't view these things I suffered as things that made me weaker as most people do, I believe they made me stronger. Learning to grow with these things made me stronger.

These accomplishments and facts show the court that I don't just exist in my community, I help my community. I've done things that have and will help both individuals and large companies grow for years to come. I help my community, I'm far from a danger to it. Many people and companies to this day are benefiting from the positive changes I've brought to them whether it be due to programs I've created, or an experience I gave them that helped them find their love for a sport, a lifestyle, or a career.

I was a contributor to my community for my entire life.  As a business owner for three years (prior to arrest), I only ever received 5 star reviews. I was a community member who actively contributed to make our area better economically (businesses I created and worked for), socially (Diversity and inclusion programs I created, getting kids off the street to do sports), physically (fitness), mentally (sports, management), spiritually (spiritual counselor), and by investing in our future (children). I helped to make our environment better by adopting healthy, green, and financially responsible policies as a Senator in college, in my businesses (planting a tree for every tree cut down), and in my own life (recycling on my own free time (scrap metal recycling, reselling "junk", selling most of my belongings to become a tiny houser ever since 2016 (less impact on environment), and by creating a bus (that I lived in) that runs off of used vegetable oil). Since high school I've been recognized and selected by both schools, individuals, and companies to do things and be awarded for things that prove just how much of a trustworthy asset I was and am to my community.

On top of all of this, I have no criminal history. This is why I'm bothered when my judge finds me to be a danger to the community and denies me bond... I'm not perfect, and I'm quite different from most people, but that doesn't make me dangerous. My worst flaw in my opinion is talking negatively/rudely towards my abusers. I don't like bullies, and I'm not afraid to let my voice be heard against them, even if it's to my detriment. I don't belong in jail, I belong in my community. I certainly don't belong in jail or deserve to have my rights stripped from me over 26 months after my alleged crime of trespassing.

### ***Part B: Actions On January 6th 2021/ Facts:***

1) When I arrived there were no gates, officers, or signs that said "No Trespassing", just swarms of excited and drunk people moving towards the Capitol

2) I planned no violence against government officials nor against any government buildings

3) I wasn't charged with violence

4) I wasn't charged with stealing

5) I didn't go in even though I heard many protesters yelling "They are letting us in!" I waited until I could see for myself that police were indeed letting us in.

6) I was convinced by both police actions (implied entrapment) and words (express entrapment) that I was allowed in the Capitol.

7) I asked and was given instructions to follow by police and I followed all the instructions they gave me

8) I obeyed the curfew that officers told me I needed to follow, getting out of DC and entering Maryland on the Subway at exactly 5:59 pm.

9) I stayed out of areas that officers told me I needed to stay out of

10) I stopped a person who was labeled "Antifa" by Trump supporters from being beaten up

11) When a person inside Jeff Merkley's room began to take a painting I spoke up against it and others joined in with me.

12) Towards the end of my time at the capitol (after voluntarily leaving the inside of the building) when an insanely gorgeous Columbian woman asked me to help her wrap an officer with a tarp, I calmly told her "No, I don't think that's a good idea, it was nice to meet you though!"

13) The second I left the building I shared who I was to CNN, and was shortly after on national television sharing among other things "It was crazy, police were on our side!" and that I had been "in some Oregon room" (Senator Jeff Merkley's).

14) I also shared footage with another media company for free and told him that he could share it so long as he gave me credit, again showing I wasn't hiding and in the mind set that I did nothing wrong

15) No dispersal order was given to me

16) the Capitol building is also called the peoples house, pretty confusing to call it the peoples house and not be allowed in...

17) For a taste of my actions on 1/6/21 please see some of my videos at:

https://www.thegatewaypundit.com/2022/10/peaceful-j-6-protestor-still-detention-murderers-walk-free-brandon-fellows-given-permission-walk-us-capitol-police-now-faces-20-years-please-support-brandon/

### ***Part C: Pre-Arrest (1/7/2021-1/15/2021) Actions/ Facts:***

1) Unlike many people who were in the capitol on 1/6, I didn't run away from DC, I came right back. When I came back I went shopping at gift shops and went to National land marks, I committed no violence, I incited no violence, I even talked to police again.

2) Unlike many people who were in the Capitol on 1/6, I didn't delete my social media. Instead, I shared all my videos, I also tried sharing with others and even news outlets what I witnessed (though news twisted nearly everything). I was not trying to hide.

3) After my tour of DC, I drove back to my home town. I didn't go into hiding. I didn't change my numbers or turn my phone off.

### ***Part D: Arrest/ Detention Hearing (1/16/2021-1/19/21) Actions / Facts:***

### ***Section 1: Overview:***

On 1/19/2021 I had my first preliminary hearing/ detention hearing. The government lied about three major things in order to make me fit the "flight risk" factor of the Bail Reform Act. Without sharing these lies (that they knew to be lies) the government couldn't have held a detention hearing nor been able to place such strict restrictions of release on me. These are the three main lies that the government shared:

1) While the FBI were trying to arrest me I ditched my Bus in the middle of a busy street in Albany New York

2) Then I ran on foot to a shopping mall

3) Inside that shopping mall I was found by agents trying to shove my phone up a candy vending machine...

### ***Section 2: The Facts Of My Arrest:***

1) My vehicle (Bus) was found parked in my legal address, right next to my back up vehicle/ RV. Inside these vehicles were all my belongings. The FBI towed/ impounded my bus from this address which is 40 minutes away from Albany NY in Schenectady NY. The government had these records/ information.

2) I was found inside a Hilton hotel (not inside a mall) where I had just finished up giving a news interview about January 6th. This was where I was arrested by ONE FBI agent (not agents). The government had this arrest record and yet created a story about a shopping mall.

3) My phone was found placed where I had set it down prior to being asked to place my hands behind my back. I was at the hotel receptionist desk at the time talking with my two friends when an agent came into the main lobby and told me I was under arrest. He had no guns pointed at me and I didn't run, I complied... My phone was placed in front of me on the desk.

The government had hotel employee witness statements attesting to this to prove this was my phone I had placed down prior to being asked to place my hands behind my back, yet they chose to create a story about me trying to shove my phone up an imaginary candy vending machine.

### ***Section 3: Conclusion:***

Unfortunately I had ineffective assistance of counsel who refused to point this out. When I moved to represent myself and asked the judge to allow me to point this out and that the government lied at this and other hearings, he refused to hear the evidence I had or even ask the government to respond. This hearing is the ultimate reason why I'm in jail now because the lies influenced and allowed the court to place severe restrictions on me. The government later lied and or twisted more of the facts during revocation hearings in order to revoke my bond. Me being in jail is the fruit of the governments poisonness tree, which they planted at this very hearing and watered ever since. This is bad fruit, and the government was rewarded for planting this to my detriment. According to the laws I've read, courts have a right and a duty to uproot "poisonous trees" and the fruits they've produced. My judge refuses to even look as I point and shout "Look the poisonous tree!", I'm asking you to not only look at this tree, but to practice your right and do you duty. Please, the government has been rewarded for their misconduct, this isn't right.

### ***Part E: Pre- Trial Release Actions/ Facts (1/19/21-6/15/21):***

### ***Section 1: Intro:***

I never should've been given a detention hearing, let alone conditions of release, but despite how I was wronged I proved I can still listen to abusive tyrants pretty well, just like an oppressed but subservient Chinese citizen. At the time of my revocation, my judge claimed he found by clear and convincing evidence that I wouldn't listen to the courts rules. How?

### ***Section 2: Facts/ Actions:***

1) I never left the Eastern District of New York without permission

2) When I was told I could no longer live in my RV or my bus, but needed to live in an "actual residence" I moved into an apartment despite my strong reservations and distaste for such a thing. (Been a "tiny-houser" since 2016)

3) I never once left the apartment I was forced into without permission, even under 24/7 home confinement, whether it be for the months of January and February, or when I was stupidly placed back on it from April to mid-June, not once.

4) The petty larceny charge (from the 1st revocation hearing) wasn't my fault. It was the DOJ/ FBI's fault because they took my phone, business records, tax records, and customer contacts. This stopped me from knowing all of my customers contact information and stopped them from being able to reach me. This particular customer publicly conceded that they tried contacting me on the dates I was in jail/ after the FBI took these things in the local newspaper. Please see: https://dailygazette.com/2021/05/13/schenectady-man-accused-in-capitol-riot-placed-back-on-home-detention-after-release-infractions-new-arrest/

5) I drove two separate times to the DC court  for two separate revocation hearings. Both times I traveled 18 hours round trip, rented hotels, a smaller vehicle, a personal driver, and paid for both of our meals expecting to be revoked and placed in jail.

6) I never missed virtual court

7) When my judge told me it wasn't proper to be jogging during a court hearing, I listened.

8) When I was told I shouldn't be eating during court, I listened and never ate during court.

9) When I was told sweat pants were not appropriate for court, I went out and bought a new suit and wore it to court.

10) I was very responsive to emails, text messages, and calls from my P.O.

11) I always allowed my PO to search my home

12) I never was found to have anything that I "shouldn't have" during home searches.

13) When I was told to show up to the office multiple times a week, I listened.

14)When I was told to wear a mask inside the office, I listened (even though John Hopkins Medical School came out and shared that "combined masks and lockdowns were useless" (on 1/31/22 if I remember correctly) #followthescience)

15) When my P.O demanded I not operate my businesses that I had worked very hard to make successful non- stop since 2018, I protested, but I didn't operate them. Even when I was losing business in my chimney company from customers I had created good trust and relations with in

the past, I still listened and didn't work. Even when my tree business partners brought up that they may need to replace me physically and eventually did replace me physically, I still didn't work. It's beyond crazy that my probation officer claimed to the court that I wasn't working when she was the biggest reason why I wasn't working. She claimed that me going to different addresses every day/ driving around during work was "too much to keep track of"... She wanted to decide what kind of work I would do like she was some communist dictator and I was her helpless citizen who had no say in where or when I could work. This was just another tactic of hers to get me revoked.

16) When my P.O. demanded I apply to other jobs, I listened.

17) When she demanded I apply to five jobs a week, I listened.

18) When she raised it to ten jobs a week, I listened.

19) I listened when she demanded I start physically bringing the weekly applications to her in person instead of emailing them as I had been for weeks. This was a giant waste of time and resources. This took over two hours each week and used up lots of gas.

20) When asked to stop applying to the FBI, Capitol Police, to be a doctor, etc. I listened.

21) When she finally "allowed" me to operate one of my businesses I immediately proceeded by scheduling work for the following week (a full 5 days scheduled in less than 3 days of time). However, even though she "allowed" me to do this, she truly didn't want me to operate my businesses (see 22-24)

22) When I was on my way to an approved job, she called me up screaming and told me to turn around and go home. Even though it pissed off my customer and took away income that I really could've used, I listened.

23) When she then asked me to come down to the office (to be scolded in person) I listened, I sat their for hours just to be told "come back tomorrow".

24) So, the next day when she told me to cancel 2 jobs last minute, I listened and pissed off more customers.

25) I then listened again when I came down to the Albany office. I now knew I was facing a revocation decision and could be taken away in handcuffs at any moment, but I still showed up.

26) Ever since four days after my first revocation hearing in April 2021, I never missed a call in until I was revoked in Mid-June. For forty six days in a row I didn't miss a call in, raising my call in rate percentage by 16%, from 50% on April 30th to 66% by June 15th, and I clearly was on track to continue the trend.

Comments: Now yes, I know 66% is barely a D in high school, however, what should be noted is that percentage would've been much higher if it wasn't for my probation officer. She told me early on that I shouldn't worry if I miss a call-in because she would personally call me if I did miss one on a day that I needed to come in for a drug test. She said she would do this to ensure I wouldn't miss a drug test/ skip out on a drug test. For proof, this court could notice this happened the first time I was scheduled to have a drug test. The email is on my district court record. In that email I was complaining about having to show up for a drug test later that day. The reason I did this was because Kendra notified me that I had to show up in person. Kendra reminded me just like she said she would and again I listened. The main thing that the court should be looking when analyzing my call ins is that the point of calling in was to see if I had a drug test that day or not and to see if I was "staying clean", and guess what... (see 27).

27) I NEVER MISSED OR FAILED A DRUG TEST.
Comments: So the main goal of the call in was met, even with a 66%, a 50% and lower than that. However, my 66% was only increasing. When the court made it very clear that it wanted me to call in every day, I clearly took notice and listened, the record reflects that.

28) Out of 147 days on pre-trial release, I was never inexcusably late
Comments: I was excusably late 2 times. These were unplanned and not my fault. This means 98.6% of the time I wasn't late, the other times, I was excusably late.

The two times I was late it was excused/ proven that it wasn't my fault. Both times I had my phone on me and both times I spoke with the after hours line officer. Both times I continually updated them of my location and the progress of the situation that was out of my control. The first time I was less than half an hour late, my keys were locked inside my vehicle at the gym I always attended, four minutes of a drive down the street from where my new residence was. I didn't put society in danger by accidently locking my keys in my vehicle. The second time was while I was at a restaurant with my friends. As we prepared to leave it became apparent that my friends Toyota Prius battery was dead. I believe I was less than two hours late, and again, society wasn't harmed as a result. My probation officer looked into both of these situations and saw there was nothing out of place nor did she find me to have lied. These situations occurred prior to my first revocation hearing and my judge didn't use these excused late arrivals to revoke me, yet he cites them now (11/2/2022) as an example for why I wouldn't listen to the courts orders?

29) For 147 days I never cut off my ankle bracelet. I ensured it was always charged, 3,528 hours out of 3,528 hours my location was always known to the government.

30) I voluntarily signed up for a mental health evaluation prior to the court even hinting of it thinking of it ordering me to go to one.
Comments: My Judge still to this day ignorantly and incorrectly claims that I canceled my mental health evaluation. He was "persuaded" that I never actually was planning to go to it in the first place and that I wouldn't follow any of its orders. It is very interesting how it came to those two separate conclusions given that I voluntarily signed up for this mental health evaluation in May 2021 before my judge even mentioned I should go, let alone ordered me to begin going. I

attended drug tests that I clearly didn't want to attend, but I wouldn't go to something that I had been asking for since I was put on probation and before that (therapy)? It's interesting that my judge still holds this view despite that on my own I called in with enough notice and asked for my evaluation to be rescheduled for the next available opening. I didn't go in because I only got about one hour of sleep. I was trying to not be a danger to the community or to myself. It appears that my judge felt that it was safer to drive my 8,000 pound vehicle on the busiest high way in the capitol region of New York during rush hour traffic while on very low sleep for 40 minutes instead of rescheduling my evaluation for the next open slot. This sort of logic is the perfect example of why I asked my judge to recuse himself, he's just not mentally capable to be a true objective judge in my case, his judgements don't make any sence, he doesn't make any sense. Picking McFadden to be a judge was a terrible mistake on Trumps part, he needs to be fired.

***Section 3: Conclusion:***

Given all this information, I have no idea how my judge came to the conclusion that I wouldn't follow the courts orders. Even when his courts orders were irrational, illogical, oppressive, and selective, I followed them. I followed the most intense and demanding orders and kept doing so for months. It's absolutely ridiculous of my judge to claim that he isn't confident that I would follow the courts orders. To put the icing on the cake, there shouldn't have been any conditions of release to follow because I didn't even meet the requirements to have a detention hearing, and yet I still was and am being punished over it.

***Part F: Accomplishments/ Actions Since 6/15/21:***

***Section 1: Intro:***

Rather than giving up like so many people do once in jail, I used my skills, pain, and anger to bring about the change that was needed and that I wanted. I learned how to cause damages (legally) to my abusers both now and in the future. I motivated others to keep fighting against the jails law breaking, against the tyrannical government (legally), and to get out there and fight in the media. I fought (and sometimes failed) to keep people who are very different united and focused on the real problems, the terrorists in the jails and in the government.

I'm not legally dangerous to my enemies, I'm legally dangerous to my enemies, I'm financially dangerous. I don't threaten anyone's physical life, but I have ruined careers, financially damaged facilities, and have/ will cause financial damages to both the facilities and individuals who held us while denying our constitutional rights. Some peoples qualified immunity will be at risk.

My judge more recently (11/2/22) said he finds me to be a "non-violent danger to the community" and used that as a reason to deny my bond. It seems that like a true communist, my judge finds me dangerous for pushing jail reforms, pushing for true justice, and pushing for political activism. The only kind of people these kind of actions are dangerous to are criminals like my judge who actively try to protect and cover up for the same facilities and abusers I've gone after since being incarcerated. My weak sad case of a man/ judge has refused to uphold

his oath to the constitution, he is by far the greatest danger to our community that I have met in the past two years, and I've met many dangerous criminals in the past two years...

***Section 2: Actions/Accomplishments:***

1)Proved the DC jails grievance process was broken allowing tons of inmates to get the relief they need both now and in the future since the jails disregarded the Prison Litigation Reform Act of 1984.
Comments: Proved by many exhibits (filed 2021/2022), witness statements (filed as exhibits in 2021), during a visit by Chief Anderson (US Marshalls) (showed him proof which he took photos of (12/16/2021) and said I could reference as proof in court), and proven by an internal investigation by both the US Marshalls and DOC that was released 3/17/22 that agreed with my allegations and stated the DC jails grievance process was "Completely broken".

2) Caused the DDA of the DC jail to be subpoenaed (4/14/22) to "answer" for her facilities abuse and cover ups.
Comments: Unfortunately, my judge was presented proof for this woman's lies, abuses, and cover ups and yet did nothing.

3) Increased Religious rights for everyone in the DC jail (March/April 2022)
Comments: as a result of the investigations I helped get started. The DDA being subpoened to my hearing also caused the Marshalls to push for the jail to stop ignoring our constitutional rights. Chief Anderson and Marvin T Bickham shared with me in March of 2022 that the DDA of the jail was on notice to increase the religious rights of others and not deny any due to vaccination status or political affiliations. Directly following these talks and negotiations the DC jail shared religious services were now open for all inmates as they also began adding tons of religious content onto the education tablets. This (the tablets sermons/music) was essential in an abusive and dark environment like the DC jail, a much needed ray of light. However, the DC jails "increased" religious services was now allowing up to 10 people a week to practice their first amendment rights. The "increase" was simply that unvaccinated inmates could APPLY to practice their rights. So, in a facility with 1,400 inmates, 0.7% were now able to practice their first amendment rights. Recently (2023), Congress forced the jail to remedy this situation fully.

4) Got inmates more time outside of their cells: (April/ May 2022)
Comments: As a result of Marshalls investigating my complaints in "the hole"/ hearing about my and other inmates conditions. Before this, inmates in the hole only could have recreation on weekdays, they couldn't leave their cells during the weekends. A week later (May) recreation times were increased from two hours a day to five hours a day.

5) Stopped 24/7 lockdowns for many inmates (April/May 2022)
Comments: see comments in #4. Also, in the SMU units in the DC jail, inmates wouldn't be allowed outside of their cells at all the entire weekends. This changed once the Marshalls got involved.

6) Brought haircuts and shaving rights (personal grooming) back to inmates who had been denied it simply because of vaccination status. (March 2022)

Comments: Chief Anderson and Marvin T Bickham shared that the DDA agreed to give these rights back to us prior to her having to show up at my hearing. This was one of the things I was attacking and seeking relief on and we got it.

7) Got the people in solitary confident (SMU A and B) the ability to use phones on the weekends.

Comments: See Comments in #4.

8) Obtained records of guards abuses and jail cover ups on both paper exhibits and on video.(records from 1/2021-11/2022)

Comments: As a result of videos I snuck out of the jail and sent to the media, and as a result of collecting other inmates grievances and witness statements. Many of these have been submitted to my district court under seal.

9) Helped raise hundreds of thousands of dollars for indigent defendants and other defendants to aid in their defense and help their families with bills at home. (1/2022-present)

Comments: By introducing them/ informing them of supporters, donation campaigns, vigils, and helping to write and or submit letters to the media and or supporters.

10) Helped bring supporters to multiple jails and helped organize the vigils that soon followed at these facilities. (8/2022-present)

Comments: Mostly by introducing/ informing others to/ of supporters and motivating people at Northern Neck Jail/ civilians to have vigils for us.

11) Helped suffering inmates stories get out there in both written news and in audio/video interviews. (8/2022-present)

Comments: By introducing both January Sixth defendants and regular criminal defendants to media journalists/ prepping them on what to share. Also by motivating others to look for and prepare people with good stories to do the same so it wasn't just me doing this.

12) Helped inmates across many states and jails document their abuses, learn their rights, and taught them how to exhaust their jails grievance processes. (9/2021-present)

13) Helped point out abuse in Northern Neck jail/ motivated others to join me. (8/2022-present)

Comments: One result of this was that we (January Sixth defendants) were removed from this facility. Also, see #14.

14) Helped bring about media knowledge and investigations on the abuse happening at Northern Neck Jail. (8/2022-present)

Comments: See #11-13. Also, this is what is continuing to bring about the much needed change and reforms to this jail.

### ***Section 3: Conclusion:***

Unlike many who come to jail, I didn't get addicted to drugs, join a gang, get tattoos, or start a bunch of fights. I began to educate myself on the new world I found myself in and once I realized how terrible it was, I fought to change it. Many inmates, guards, and even lawyers refused to do such things and even discouraged me along the way, but I didn't listen and in many big ways I proved them wrong. Thanks to my actions, justice has been brought, and where it hasn't, the road to justice has been paved, justice and change will be brought to multiple facilities, individuals, and agencies. My judge says I'm a danger to society, but I'm a strong believer that as iron sharpens iron so does one man to another, and I've done my best to be a light, a positive motivator, and a reformer in a dark place. The fact that I've handled myself as I have in such a place and under such circumstances only further hurts the narrative that I'm a "non-violent danger to the community". I'm not a danger to a moral society or immoral people, I'm a danger to an immoral society and to immoral people. My record in and outside jail proves that.

### ***Part G:The Worst Of My Jail Conditions/ Treatment:***

### ***Section 1: Intro:***

I've suffered extreme abuses, had my constitutional rights ignored, and when I bring these things up to my judge he chuckles and says "well jail isn't supposed to be fun" while refusing to grant relief or punish the criminals who have/ are abusing me.

### ***Section 2: Facts/ Abuses I've suffered While In Jail:***

1) I've been attacked three separate times by guards at two separate jails
Comments: I had my face slammed against doors, been pepper sprayed while in my cell, had my wrists cranked so hard my hand came out of my tight handcuffs and still hurt to this day, had my shoulders cranked beyond 90 degrees  to where it now hurts and feels like it wants to dislocate. During all these incidents, like a good little slave, I never once fought back against my oppressors. I proved I can be a great communist citizen in these areas. It worked! I'm re-educated!

2) I've been denied the ability to attend church services

3) I've been denied the ability to have Kosher trays (Messianic Jew) (until December 2022 at Lewisburg jail)

4) I've been denied the ability to shower for up to 6-9 days in a row multiple times

5) I was kept in cells with no working toilets for days in a row, forced to remain in standing sewage, multiple times.

6) I was denied the ability to use the phones many times at multiple jails often, sometimes for days in a row, this happened continuously...

7) I was locked in my cell and denied the ability to come out for even an hour for weeks at a time, this happened many times

8) I've had my mail go missing many times, "lost" by the jails

9) I've had my property stolen by the jail guards many times

10) I've been threatened by multiple guards at jails merely because of my political affiliations.

11) I've been discriminated against by guards merely because of my race.

12) Medical issues (both old and new) ignored

13) Been held in solitary confinement as punishment for getting the DDA of the jail subpoenaed (until Marshalls helped me get back to my unit).

14) Was constantly harrassed and threatened by guards.

15) Denied visitations due to my vaccination status

16) Forced to breathe in black mold/ live with black mold in cells, showers, and common areas.

17) Forced to drink from sink with black mold and or black mildew coming out from the water lines.

18) For additional evidence of my abuse (just a taste, both in videos to be released and in showing what abuse I suffered) please go to:

https://www.thegatewaypundit.com/2022/05/exclusive-footage-secret-video-recordings-leaked-inside-hole-dc-gitmo-first-footage-ever-released-inside-dc-gitmo-political-prison/

***Section 3: Conclusion:***

I'm currently past my maximum guidelines even if I was found guilty on all counts. When incorporating my treatment during pre-trial release and especially my treatment in jail, I'm way beyond my guidelines. I never should've suffered or gone through what I've gone through, no one should. It's as the Supreme Court describes, cruel and unusual punishment. Keep in mind this is all over 27 or so welcomed minutes inside the capitol over 26 months ago. I hear "Innocent until proven guilty" while at the same time hearing "I could hold you past you maximum guidelines" as an excuse for me still being in jail and not being allowed to prepare for trial.

***Part H " Preparation Issues:***

***Section 1: Intro:***

All of these issues have been brought up to my court since 9/2021. I've continually not only asked for relief from these issues, but even offered multiple solutions to help take care of these things. Nothing has been done, the excuse my judge uses for all of these issues and violations is "well I did warn you against representing yourself, but this isn't a blanket excuse one can use for any and all violations. I have a right to represent myself, and that right has been and still is continually being infringed while in jail. Please be an objective judge, is it acceptable to have these issues go uncorrected merely because I represent myself?

I also want to share, I had many access-to-court violations and other preparation issues I wished to submit, but as shared and proven to my judge in the past, the jails refused to send my motions in and I had to either wait to show up to court in person or to see my stand-by counsels in person to get anything out (except one time when a Marshall refused to let me hand over my motions to my stand-by counsel, that was also an access-to-court violation that I haven't been able to file since I no longer have the date or his name in my memory). If I was released, or granted the abilty to have my preparations back, I could finally submit these notices, something I really think should be done...

***Section 2: Facts/ How I've been Inhibited In Preparing For Trial/ Pre-Trial Motions:***

1) I had three separate appeal motions I wrote taken from me and never returned.
Comments: To save me time, I'll be sending my write up (from a previous motion) on how this happened for each occurrence.  Please see: "Motion for E hearing Part D"

2) I've had correspondence sending issues: Talked about already.

3) I've had correspondence receiving issues:
Comments: Talked about/ written about to my court and still happening. A great example of this still happening is how since 11/3/22 I've asked for simple paper work and subpoena templates to be sent to me by my stand-by counsels and as of 3/12/23 I still haven't received anything... I need to prepare and haven't been able to.

4) I've been denied paper, pens, envelopes, and stamps for many months at multiple jails
Comments: See previous submitted grievances, access-to court-violations, and unanswered requests for release.

5) I can't reach/ contact witnesses while incarserated.
Comments: Witnesses I would be very interested in having come to trial to answer questions.

6) I can't access global discovery in here nor have I been able to since the beginning of April 2022.

Comments: Filed many complaints and requests for relief, my judge has done nothing. Please also read my past complaints, motions, and exhibits on how this global discovery was a useless, constantly crashing, disorganized data-dump. Filed on the ECF sometime around 2022 I believe.

7) I've had my motions, trial preparation papers, notes, and exhibits taken a total of seven times at four different facilities.
Comments: A great recent example of this still being an issue is when I left Northern Neck Regional Jail in Mid- December. When I left I had 5.5 months of preparations and an almost finished appeal (that was for this exact appeal case) taken from me and not given back. Since mid-December I've been trying to get this back.

One other recent example of this is how my USB was taken, I filed a separate appeal to your court on this, please do bring relief there. I had and have warned my Judge that this still could happen, but nothing has been done to remedy past damages or stop future occurrences from happening... I'm concerned with a trial coming up (that I'm already not prepared for because of these issues) that when it comes time to move to Alexandria jail (like so many others have been for trial/sentencing) that the same thing will happen that has happened every time I've been moved, I'm concerned I'll have my preparations and notes taken from me for an eighth time.

8) Personal Discovery: I haven't been given all of my useful personal discovery, the government is/ has been withholding very useful discovery. I also have only had about a week or so to view it (when incorporating how the DC jail kept taking the laptops/ they didn't work).

9) Internet Research: I would very much like to to look up videos on the internet of 1/6/21 as this would be helpful to my case. Nearly all of these videos are not on global discovery, most of them were uploaded by people who were there, not by the government. I also would like to research helpful statistics, studies, and images that will/ could help me argue certain points/ make certain decisions. Having access to the internet would also give me access to better resources like Pacer, better law libraries, and online articles. I also would like to be able to watch/ study the best ways to conduct opening statements, closing statements, arguments, counter arguments, voir dire, and to study objections as I'm more of a visual learner, reading a brief overview in the law books is only so helpful...

*** Part I: Other Issues:***

1) I didn't meet any of the Bail Reform Factors

2) The government lied to give me a detention hearing, which contributed to and resulted in my selective judge giving me extreme conditions of release, which were later used against me with further lies/ narratives in order to place me in jail.

3) The Judge who gave me extreme conditions was extremely selective
Comments: Please read the separate document I've instructed my stand-by counsel to send you labeled "Part D from motion for E hearing", and read the second half of number 4.5. In this I cite

the best case that proves how my judge was selective when deciding what conditions to place me under. When you look in detail to this mans past criminal history, the selectiveness of my charges and also my conditions is really shown. I strongly implore you to look into this case I mention (beyond what I supplied (I had his full history in the DC jail but no longer have it).

4) The government lied to get me revoked and holding me here based off of those lies (or not even allowing me to present true evidence (ex: calling witnesses to the stand, evidentiary hearing, asking them to correct lies from detention and revocation hearings, etc.) is rewarding them for doing so.

5) Even if I was found guilty of all charges, I'm past my maximum guideline range.

6) I've been offered three time served plea deals since 10/12/2021, one of which was a misdemeanor plea deal. I denied it because I mean what I say, I believed based off of police actions and words that I was allowed inside, I was told I wouldn't be arrested.
Comments: Yet the government claims I'm too dangerous to be released during my bond hearings? If I'm too dangerous to be released, why offer me three time-served plea deals? How is it safe to release me into the public with a misdemeanor over one year ago but now it's too dangerous to release me in order to prepare for my trial? It seems like they are scared about what I could do if I truly was allowed to prepare and if I was allowed to gather my discovery/ access global discovery...

7) I've not seen my family in over two years

8) Multiple family members have died while I've been in jail

9) Other family members are approaching death

10) I was given ineffective assistance of counsel at critical points which is why I had intense conditions of release and why I was revoked.

11) Releasing me will allow me to finally begin to prepare for my pre-trial motions in a more efficient and timely manner/ get many of my pre-trial motions I already wrote back.

12) Releasing me/ allowing me to truly prepare will give me less grounds for a costly appeal/ new trial. Obviously I'm unable to defend myself/ represent myself in jail even though I've tried to do so and also tried to seek relief when it was impossible/difficult.

13) The longer someone is left in jail, the more likely they are to become a future criminal. By leaving me in jail, the chances of making me into a criminal statistically is only increasing day by day.

14) Releasing me will stop the tax payers from having to pay for my very overpriced hotel room/ room service that I'm getting in the jails/ federal facilities.

15) I have autism and this should be considered when dealing with incarceration.

16) I have autism and this should be considered when dealing with an entrapment defense.

17) See additional arguments from Parts D and E from my motion for E Hearing provided separately to this court. I instructed my stand-by counsel to cut and paste these as separate documents to your court. They are additional arguments I've submitted to my court for temporary release (among other things) (which my judge also ignored).

***Part J: Conclusion/ Relief Requested:***

If you cannot or will not release me, please consider/ try to offer me some forms of relief that I've mentioned to my judge in the past to help me prepare for trial in jail.

Examples of other relief that would be very useful to me include but are not limited to:

1) A Laptop With Internet: (see past motions filed in my court/ case law I've supplied, I made a very strong case for this (around 2021)) (I would be happy to pay for this)

2) Video Editing Software: (mainly for clipping videos to save time in court and to help me organize what I want to show the judge/ jury.) According to the government, "this is the largest criminal investigation in history" and it has more footage than any other investigation in American history. I'd really like to not tell my jury what happened as the government shows them their clipped version of what happened. I'd like to be able to show a more objective angle. I'd like to have the videos organized by argument. I'd like to have them ready to go rather than having to in court separately search up these videos, wait for them to load, keep the jury and judge waiting as I try to get to the exact time frames and then do the same long process again for the other videos. I know a jury trial is costly, and I really would like to not waste the juries time, bore them, or have their attention become lost. This not only is helpful for me, but for all parties. (I would be happy to pay for this)

3) Microsoft Power Point : To prepare slide shows for the jury, this is the best tool to help me convey topics in a easy, quick,  and efficient manner to the jury. This will help them understand, help me remain focused, and help me remain on topic. (I would be happy to pay for this)

4) Microsoft Word: to help edit/ prepare/ save documents and or motions. This will also reduce the burden of editing on my stand-by counsels so they can focus on more important things/ peoples cases. (I would be happy to pay for this)

5) Temporary Release: (see past recent motion for this, I made a very strong case for this, it appears that this can be offered as a separate order, separate from a bond hearing, and all that's required are compelling reasons (which I have given you many).

6) A continuance

7) Any helpful comments that I can use in the future for an appeal...

8) Release pending decision of appeal/ pending debate of the appeal: This would allow me to prepare what is necessary for your court and also to prepare for my trial.

Thank you for reading, please let me out of jail, I don't belong here, I'm innocent, if you aren't convinced, please help me prove this, let me get my preparations back and order an evidentiary hearing shortly after.

USCA Case #22-3090     Document #1991297     Filed: 03/20/2023     Page 26 of 26



RYAN MARSHALL
724 – 812 – 1465
RYAN MARSHALL
45 BEN LOMOND ST
UNIONTOWN  PA 15401 – 2933

0.4 LBS LTR     1 OF 1

SHIP TO:
CLERK OF COURTS
U.S. COURTHOUSE DC COURT OF APPEALS
333 CONSTITUTION AVE. NW
WASHINGTON  DC  20001

MD 201 9 – 83

UPS 2ND DAY AIR          2
TRACKING #: 1Z 5AR 400 02 2632 3579

Envelope