

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*601 D St., N.W.*
*Washington, D.C. 20530*

March 29, 2023

Mark J. Langer, Clerk
United States Court of Appeals
for the District of Columbia Circuit
333 Constitution Avenue, N.W., Room 5423
Washington, D.C. 20001-2866

      Re:   *United States v. Brandon Fellows*, No. 22-3090

Dear Mr. Langer:

      We write regarding the status of the case.

      On March 27, the government moved for an extension of time, citing in part the lack of transcript for the November 2, 2022, hearing where the district court issued the oral ruling that appellant is appealing. At the same time, the government ordered a copy of that transcript. That transcript has now been prepared and posted on the district-court docket.

      On March 28, on its own motion, this Court suspended the briefing schedule. The government understands that any briefing in this appeal remains suspended pending further order of the Court.

                                    Sincerely,

                                    */s/ Eric Hansford*
                                    Eric Hansford
                                    Assistant United States Attorney

cc (via first-class mail):

Brandon Fellows
No. 26140-509
United States Penitentiary Lewisburg
P.O. Box 1000
Lewisburg, PA 17837